# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

BITUMINOUS FIRE AND MARINE
INSURANCE COMPANY, et al.,

      Plaintiffs,

v.                                          CASE NO.  5:04cv421-RH/WCS

CALVIN'S HEAVY EQUIPMENT, INC.,
et al.,

      Defendants.

_____/

## ORDER DENYING MOTION
## TO STRIKE FEE RECORDS

On July 15, 2005, defendants Calvin's Heavy Equipment, Inc. and George Farrell Page filed attorney time records for January through May, 2005. (Document 31.)  Plaintiffs have moved to strike the records as untimely. (Document 32.)[1]  Plaintiffs in effect request a preemptive ruling disallowing any fee claim for the January through May period.

A ruling on this issue at this time would be premature.  The issue of whether

---

[1] The same defendants filed a separate notice for June 2005 (document 30). For that month, the notice was timely.  This notice is not a subject of plaintiffs' motion.

*Page 2 of 2*

fees may be awarded for the period at issue will appropriately be determined (a) if and when these defendants seek an award of fees, and (b) in light of the basis for any fee award and the overall context of the matter.

    Accordingly,

    IT IS ORDERED:

    Plaintiff's motion to strike defendants' fee records for the period January through May, 2005, is DENIED.

    SO ORDERED this 9th day of August, 2005.

                                              s/Robert L. Hinkle
                                            Chief United States District Judge